# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 3:18-353** |
| **JAMES EUGENE ROUGHT** | : | **(JUDGE MANNION)** |
| **Defendant** | : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The defendant James Eugene Rought's motion to suppress (Doc. 36) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 2, 2019**
18-353-01-ORDER