# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 3:18-353 |
| JAMES EUGENE ROUGHT | : | (JUDGE MANNION) |
| Defendant | : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the defendant James Eugene Rought's ("Rought") motion *in limine* pursuant to Fed.R.Evid. 801 and 802, (Doc. 39), is **DENIED**;

(2) Rought's motion *in limine* pursuant to Fed.R.Evid. 404, (Doc. 63), is **GRANTED** insofar as the government is directed to provide Rought all material to which he is entitled under Rule 404(b) not yet provided on or before Friday, October 4, 2019;

(3) Rought's motion *in limine* pursuant to Fed.R.Crim.P. 16, (Doc. 65), is **GRANTED** insofar as the government is directed to provide Rought all material to which he is entitled under Rule 16 not yet provided on or before Friday, October 4, 2019;

(4) Rought's motion to dismiss Count I of the superseding indictment (Doc. 67), **DENIED**.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION
United States District Judge**

**DATE: October 2, 2019**
18-353-02-ORDER